# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

JOE HARTSOCK, )
)
        Petitioner, )
v. ) No. 1:07-cv-100-SEB-JMS
)
STANLEY KNIGHT, Superintendent, )
)
        Respondent. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/29/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joe Hartsock
DOC #966460
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064