UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOE HARTSOCK, )<br>)<br>        Petitioner, )<br>v. )<br>)<br>STANLEY KNIGHT, Superintendent, )<br>)<br>        Respondent. ) | No. 1:07-cv-100-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: 01/29/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Joe Hartsock
DOC #966460
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064